IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**ANDREA LASHLEY,**<br><br>Defendant. | *<br>*<br>*<br>*<br>*   **CRIM. NO.: TDC-20-277**<br>*<br>*<br>*<br>*<br>* |

...oooOooo...

## LINE

Madam Clerk:

Please strike the appearance of Gregory D. Bernstein as counsel for the government for all purposes in the above-captioned case.

Respectfully submitted,

Robert K. Hur
United States Attorney

By: ___/s/_____
Gregory D. Bernstein
Assistant United States Attorney